1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )
                                       )  No. CR 08-477 DLJ (WDB)
11              Plaintiff,             )
                                       )  STIPULATION AND ORDER
12      v.                             )  MODIFYING CONDITIONS OF
                                       )  PRETRIAL RELEASE
13 EDITH NELSON,                       )
   RONALD NELSON,                      )
14                                     )
                                       )
15              Defendant.             )

16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

18 pretrial release for Edith Nelson and Ronald Nelson may be modified to allow the Nelsons to travel

19 to the Eastern District of California from Friday, August 29, 2008 and returning on Monday,

20 September 1, 2008, so that they can stay at their residence located in Arnold, California and also

21 travel to Stockton, California to assist Edith's daughter, who will be attending school at the

22 University of the Pacific, in Stockton, California this fall and is moving there this weekend.  United

23 States Pretrial Services Hence Williams is aware of the proposed modification and has no objection.

24

25     All other conditions of release shall remain the same.

26                                    /S/

*U.S. v. Edith Nelson, Ronald Nelson*, CR 08-477 DLJ [WDB]
Modification of Pretrial Release          - 1 -

| | |
|---|---|
| DATED: | _____<br>JOYCE LEAVITT<br>Assistant Federal Public Defender |
| DATED: | /S/<br>_____<br>DEBORAH DOUGLAS<br>Assistant United States Attorney |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Edith Nelson and Ronald Nelson may be modified to allow the Nelsons to travel to the Eastern District of California from Friday, August 29, 2008 and returning on Monday, September 1, 2008, so that they can stay at their residence located in Arnold, California and also travel to Stockton, California to assist Edith's daughter, who will be attending school at the University of the Pacific, in Stockton, California this fall and is moving there this weekend.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:  August 29, 2008          _____
                                  WAYNE D. BRAZIL
                                  United States Magistrate Judge