**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDITH NELSON, RONALD NELSON, NELDA ASUNCION, AND CRISTETA LAGAREJOS<br><br>Defendants.<br>_____/ | No. CR 08 - 477 DLJ<br><br>ORDER RE DEFENDANTS' ENTITLEMENT TO COURT APPOINTED COUNSEL |

Having considered the extensive documentary submissions by the defendants and the government, as well as the information provided orally by the defendants in a series of lengthy sealed hearings during which the Court used information provided by the government to probe representations made by the defendants about their past and current financial circumstances, the Court finds that Edith Nelson, Nelda Asuncion, and Cristeta Lagarejos each has separately met the burden that the law imposes on them to demonstrate that they do not have financial resources sufficient to hire a private attorney to represent them in these criminal proceedings. Having met their burdens, each of these three defendants is entitled to be represented by counsel appointed and paid by the Court.

1  The Court hereby appoints Joyce Leavitt of the Federal Public Defender's
2  Office to represent Edith Nelson, Deborah Levine (panel counsel) to represent Nelda
3  Asuncion, and John Jordan (panel counsel) to represent Cristeta Lagarejos.
4  At the request of defendant Ronald Nelson, the Court did not make a finding
5  as to his entitlement to publicly paid counsel. Mr. Nelson will be granted two
6  additional weeks to attempt to retain private counsel.
7  //////
8  IT IS SO ORDERED.
9  //////
10 Dated: September 5, 2008.

WAYNE D. BRAZIL
United States Magistrate Judge

13 Copies to:
14 All parties via ECF, Ruben Deang, Jr., CJA, WDB, Stats

file: Nelson, et al appointment of defense counsel