1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-477 DLJ (WDB)
11                Plaintiff,        )
                                    )   STIPULATION AND ORDER
12       v.                         )   MODIFYING CONDITIONS OF
                                    )   PRETRIAL RELEASE
13 EDITH NELSON,                    )
                                    )
14                                  )
                                    )
15                Defendant.        )

16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

18 pretrial release for Edith Nelson may be modified to allow her to travel to the Central District of

19 California from Friday, January 9, 2009 through Sunday, January 11, 2009, so that she can visit her

20

21 mother-in-law who lives in Oceanside, California.  Ms. Nelson is to provide a copy of her itinerary

22 and phone numbers to pretrial services prior to leaving the district.  United States Pretrial Services

23 Hence Williams is aware of the proposed modification and has no objection.

24 / / /

25 / / /

26

*U.S. v. Edith Nelson, Ronald Nelson*, CR 08-477 DLJ [WDB]
Modification of Pretrial Release                - 1 -

All other conditions of release shall remain the same.

DATED: January 7, 2009                         /s/
                                               JOYCE LEAVITT
                                               Assistant Federal Public Defender

DATED: January 7, 2009                         /s/
                                               DEBORAH DOUGLAS
                                               Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Edith Nelson may be modified to allow her to travel to the Central District of California from Friday, January 9, 2009, through Sunday, January 11, 2009, to visit her mother-in-law in Oceanside, California. Ms. Nelson is to provide a copy of her itinerary and phone numbers to pretrial services prior to leaving the district.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:   January 9, 2009                       /s/ Wayne D. Brazil
                                               WAYNE D. BRAZIL
                                               United States Magistrate Judge

*U.S. v. Edith Nelson, Ronald Nelson*, CR 08-477 DLJ [WDB]
Modification of Pretrial Release                - 2 -