1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4
   Attorney for Defendant
5  Ronald Nelson

**FILED**

NOV 24 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>    Plaintiff,                      )<br>                                    )<br>    v.                              )<br>                                    )<br>RONALD NELSON, EDITH NELSON,        )<br>                                    )<br>    Defendants.                     )<br>_____) | No. CR08-477 DLJ (WDB)<br><br>**STIPULATION AND**<br>**[~~PROPOSED~~] TRAVEL ORDER** |

   IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to the Eastern District to 2248 Vallecito Dr., Arnold, CA 95223 leaving November 24, 2009 and return to this district on November 28, 2009 for the purpose of spending Thanksgiving with Mr. Nelson's 97 year old mother. Tim Elder of US Pretrial Services has no objection to the proposed modification and defendants agree to notify Mr. Elder when they are leaving this district and their contact information.

   All other conditions of release shall remain the same.

   Dated this 19th day of November, 2009.

                                        /s/   Gilbert Eisenberg
                                        GILBERT EISENBERG
                                        Attorney for Ronald Nelson

STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER          -1-

*[handwritten: cc: Stats, Copy to parties via ECF, Pret. Svcs, Frances]*

Dated this 19th day of November, 2009.

                                  /s/Deborah Douglas
                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to the Eastern District of California to 2248 Vallecito Dr., Arnold, CA 95223 leaving November 24, 2009 and returning to this district on November 28, 2009. Ronald Nelson and Edith Nelson shall notify pretrial services of the time they are leaving this district and all contact information.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: 11/24/2009.

                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] TRAVEL ORDER

-2-