GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
Ronald Nelson

**FILED**
DEC 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD NELSON, EDITH NELSON<br><br>    Defendants. | No. CR08-477 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to the following locations:

    Eastern District of California to 2248 Vallecito Dr., Arnold, CA 95223 ;

    Eastern District of California to Stockton, California; (to visit his daughter Katherine Grutas);

    Central District of California to Oceanside, California; (to visit his mother, Doreen DuBose);

Defendants agree to notify Pretrial Services when they are leaving this district and their expected date of return and their contact information.

Tim Elder of US Pretrial Services has no objection to the proposed modification and defendants agree to notify Mr. Elder when they are leaving this district and their contact information.

STIPULATION AND [PROPOSED] ORDER
Conditions of Release.      -1-

cc: State, Copy to parties via ECF, Pret. Svcs, Francea, Financial (Odile)

All other conditions of release shall remain the same.

Dated this 16th day of December, 2009.

/s/ Gilbert Eisenberg
GILBERT EISENBERG
Attorney for Ronald Nelson

Dated this 16th day of December, 2009.

/s/Deborah Douglas
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to the Eastern District of California to 2248 Vallecito Dr., Arnold, CA 95223, and Stockton, CA and to the Central District of California to Oceanside, CA. Ronald Nelson and Edith Nelson shall notify pretrial services of the time they are leaving this district, their expected date of return and all contact information.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: Dec. 17, 2009.

United States Magistrate Judge
TIMOTHY J BOMMER

STIPULATION AND [PROPOSED] ORDER
Conditions of Release.                    -2-