1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant EDITH NELSON

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-00477 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE AND EXCLUSION OF TIME |
| EDITH NELSON, ) | |
| RONALD NELSON, ) | |
| NELDA ASUNCION, and ) | |
| CRISTETA LAGAREJOS, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Friday, August 20, 2010, before the Honorable D. Lowell Jensen, may be continued to Friday, August 27, 2010, at 9:00 a.m. for a status hearing.  The reason for the continuance is that defense counsel for Edith Nelson, Joyce Leavitt, is unavailable on August 20, 2010 and would like to be present for the next appearance.

The parties stipulate that the time from August 20, 2010 to August 27, 2010, should be excluded in

*U S v. Nelson*, et al., CR 08-00477 DLJ
Stip. Continuing Status Hearing Date           - 1 -

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

DATED: June 21, 2010    /s/
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Defendant EDITH NELSON

DATED: June 21, 2010    /s/
DEBORAH DOUGLAS
Assistant United States Attorney
Attorney for Plaintiff UNITED STATES

DATED: June 21, 2010    /s/
GILBERT EISENBERG
Attorney for Defendant
RONALD NELSON

DATED: June 21, 2010    /s/
DEBORAH LEVINE
Attorney for Defendant
NELDA ASUNCION

DATED: June 21, 2010    /s/
JOHN JORDAN
Attorney for Defendant
CRISTETA LAGAREJOS

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*U S v. Nelson*, et al., CR 08-00477 DLJ
Stip. Continuing Status Hearing Date           - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing date in this case, currently scheduled for August 20, 2010, before the Honorable D. Lowell Jensen, may be continued to Friday, August 27, 2010, at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the time from August 20, 2010 to August 27, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     June 23, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge