GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
Ronald Nelson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR08-477 DLJ (WDB) |
|            Plaintiff,                              ) | |
|        v.                                              ) | **STIPULATION  AND  ~~[PROPOSED]~~ TRAVEL ORDER** |
| RONALD NELSON, EDITH NELSON ) | |
|            Defendants.                          ) | |

   IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to Las Vegas, Nevada leaving October 9, 2010 and return to this district on October 13, 2010 for the purpose of visiting a close friend (Josie Bariones) who is ill.. Tim Elder of US Pretrial Services has no objection to the proposed modification and defendants agree to notify Mr. Elder when they are leaving this district and their contact information. All other conditions of release shall remain the same.

Dated this 1st day of October, 2010.

                                                         /s/   Gilbert Eisenberg
                                                        GILBERT EISENBERG
                                                        Attorney for Ronald Nelson

STIPULATION   AND   ~~[PROPOSED]~~ TRAVEL ORDER
-1-

1  Dated this   day of October 2010.

2                                              /s/Deborah Douglas
                                               Assistant United States Attorney
3

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Ronald Nelson and Edith Nelson may be modified to allow them to travel to Las Vegas, Nevada leaving October 9, 2010and returning to this district on October 13, 2010 Ronald Nelson and Edith Nelson shall notify pretrial services of the time they are leaving this district and all contact information.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: Oct. 4, 2010.

_____
United States Magistrate Judge

STIPULATION   AND   [PROPOSED] TRAVEL ORDER
-2-