1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Facsimile:  (415) 436-7234
       E-Mail: deborah.r.douglas@usdoj.gov

8
   Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. CR08-00477 DLJ
                                      )
              Plaintiff,              )   STIPULATION AND  ORDER
14                                    )   EXCLUDING TIME UNDER THE
              v.                      )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
15                                    )   ET SEQ.
   EDITH NELSON,                      )
16 RONALD NELSON,                     )
   NELDA ASUNCION, and                )
17 CRISTETA LAGAREJOS,                )
                                      )
18            Defendants.             )
                                      )
19 _____  )

20

21       IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties to this

   action, that the current status date of November 19, 2010 at 10 a.m. be vacated and reset for
22
   February 25, 2011 at 9 a.m.    In this mortgage loan fraud case, which this Court has ruled is
23
   "complex" under the Speedy Trial Act, voluminous discovery was provided to the defense, including
24
   extensive computer data seized during the execution of search warrants.  Since the last court date,
25
   the government has provided, pursuant to a defense request, written assistance in determining from
26
   which computers the files originated.   Further, the parties need more time to evaluate the
27
   complicated issues of loss and restitution.  All of these matters are very time-consuming.
28

   STIPULATION AND ORDER
   CR 08-00477 DLJ

1    In addition, the undersigned Assistant United States Attorney will not be available on

2 November 19, 2010 as the result of a court proceeding in the Eastern District of California on that

3 date when a new trial schedule will be set.  Government's counsel also will be out of the office for

4 most of the remainder of November 2010 and for most of the month of December 2010 as the result

5 of an out-of-district conference and use-or-lose annual leave.  Defense Attorney Joyce Leavitt will

6 be out of the office from November 22, 2010 through November 26, 2010 and from December 17,

7 2010 through December 20, 2010.   Defense Attorney Gilbert Eisenberg will be out of the office

8 from December 22, 2010  through January 5, 2011.  Defense Attorney Deborah G. Levine will be

9 out of the office on December 3, 2010.   Defense Attorney John J. Jordan will be out of the office

10 from December 23, 2010  through January 3, 2011.

11    The parties further stipulate and agree that the time from November 19, 2010 to February

12 25, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

13 § 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which

14 outweigh the best interest of the public and the defendant in a speedy trial and also under subsection

15 (B)(iv) for continuity of counsel and effective preparation of counsel, taking into account the

16 exercise of due diligence.

17
DATED: November 18, 2010                           /s/
18                                                DEBORAH R. DOUGLAS
                                                Assistant United States Attorney
19
DATED: November 18, 2010                  _____/s/_____
20                                                JOYCE LEAVITT
                                                Assistant Federal Public Defender
21                                                Attorney for Defendant Edith Nelson

22 DATED: November 18, 2010                  _____/s/_____
                                                GILBERT EISENBERG
23                                                Attorney for Defendant Ronald Nelson

24 DATED: November 18, 2010                  _____/s/_____
                                                DEBORAH G. LEVINE
25                                                Attorney for Defendant Nelda Auncion

26
DATED: November 18, 2010                  _____/s/_____
27                                                JOHN J. JORDAN
                                                Attorney for Defendant Cristeta Lagarejos
28

STIPULATION AND ORDER
CR 08-00477 DLJ                              2

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Facsimile:  (415) 436-7234
       E-Mail: deborah.r.douglas@usdoj.gov

8
   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,         )     No. CR08-00477 DLJ
13                                    )
              Plaintiff,              )      ORDER EXCLUDING TIME UNDER THE
14                                    )     SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
              v.                      )     SEQ.
15                                    )
   EDITH NELSON,                      )
16 RONALD NELSON,                     )
   NELDA ASUNCION, and               )
17 CRISTETA LAGAREJOS,                )
                                      )
18            Defendants.             )
                                      )
19

20
          GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and the

21
   above-captioned defendants, IT IS HEREBY ORDERED that the status conference date in this case,

22
   currently scheduled for November 19, 2010 at 9 a.m. before the Honorable D. Lowell Jensen, is

23
   VACATED and RESET for February 25, 2011 at 9 a.m.

24
          IT IS FURTHER ORDERED that the time from November 19, 2010 to February 25, 2011

25
   should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §

26
   3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court

27
   finds that the ends of justice served by the granting of the continuance outweigh the best interests

28
   of the public and the defendants in a speedy and public trial and the failure to grant the requested

   STIPULATION AND ORDER
   CR 08-00477 DLJ

1   continuance would unreasonably deny counsel the reasonable time necessary for effective

2   preparation and continuity of counsel, taking into account due diligence.

3

4   IT IS SO ORDERED.

5   Dated: November  19, 2010

    _____
6   HONORABLE D. LOWELL JENSEN
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 08-00477 DLJ                                    ii