1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 9th Floor
6  San Francisco, California 94102
   Telephone:  (415) 436-7200
7  Facsimile:   (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                              UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                       OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,           )    No. CR08-00477 DLJ
13                                     )
              Plaintiff,                )    STIPULATION AND  ORDER
14                                     )    EXCLUDING TIME UNDER THE
         v.                            )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161
15                                     )    ET SEQ.
   EDITH NELSON,                       )
16 RONALD NELSON,                      )
   NELDA ASUNCION, and                 )
17 CRISTETA LAGAREJOS,                 )
                                       )
18            Defendants.              )
                                       )
19 _____)

20       IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties to this

21 action, that the current status date of February 25, 2011 at 9 a.m. be vacated and reset for April 22,

22 2011 at 9 a.m.  In this mortgage loan fraud case, which this Court has ruled is "complex" under the

23 Speedy Trial Act, voluminous discovery was provided to the defense, including extensive computer

24 data seized during the execution of search warrants.  The lawyer for defendant Ronald Nelson has

25 recently consulted with a mortgage loan expert for assistance in the review and analysis of the

26 discovery.   The lawyers for the other defendants also seek additional time to review and analyze

27 the discovery, and to pursue additional investigation as needed.  Further, the parties need more time

28

STIPULATION AND ORDER
CR 08-00477 DLJ

to evaluate the complicated issues of loss and restitution consistent with current law governing mortgage loan fraud. All of these matters are very time-consuming.

In addition, the undersigned Assistant United States Attorney will not be available on February 25, 2011 as the result of a five-defendant mortgage loan fraud trial scheduled to commence on February 22, 2011 in *U.S. v. Andrew Ashiegbu et al*, CR 10-00422 CRB, and related case *U.S. v. Ursula Ogamba*, CR09-00776 CRB, which the government estimates will last three or four weeks.[1]

The parties further stipulate and agree that the time from February 25, 2011 through April 22, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

DATED: February 9, 2011  _____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

DATED: February 9, 2011  _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Defendant Edith Nelson

DATED: February 9, 2011  _____/s/_____
GILBERT EISENBERG
Attorney for Defendant Ronald Nelson

DATED: February 9, 2011  _____/s/_____
DEBORAH G. LEVINE
Attorney for Defendant Nelda Auncion

DATED: February 9, 2011  _____/s/_____
JOHN J. JORDAN
Attorney for Defendant Cristeta Lagarejos

---

[1] One of the five defense lawyers has recently filed a motion for a continuance, but that motion has not yet been decided.

STIPULATION AND ORDER
CR 08-00477 DLJ                                2

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-00477 DLJ |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| v. ) | SEQ. |
| ) | |
| EDITH NELSON, ) | |
| RONALD NELSON, ) | |
| NELDA ASUNCION, and ) | |
| CRISTETA LAGAREJOS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and the above-captioned defendants, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for February 25, 2011 at 9 a.m. before the Honorable D. Lowell Jensen, is VACATED and RESET for April 22, 2011 at 9 a.m.

     IT IS FURTHER ORDERED that the time from February 25, 2011 through April 22, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy and public trial and the failure to grant the requested

STIPULATION AND ORDER
CR 08-00477 DLJ

1  continuance would unreasonably deny counsel the reasonable time necessary for effective
2  preparation and continuity of counsel, taking into account due diligence.

4  IT IS SO ORDERED.

5  Dated: February 10, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND ORDER
CR 08-00477 DLJ                                             ii