1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant EDITH NELSON

6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,         )
                                     )   No. CR 08-00477 DLJ
12                Plaintiff,         )
                                     )   STIPULATION AND
13      v.                           )   ORDER CONTINUING STATUS
                                     )   DATE AND EXCLUSION OF TIME
14 EDITH NELSON,                     )
15 RONALD NELSON,                    )
   NELDA ASUNCION, and               )
16 CRISTETA LAGAREJOS,               )
                                     )
17                Defendants.        )
18                                   )

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date

20 in this case, currently scheduled for Friday, August 12, 2011, at 10:00 a.m. before the Honorable D.

21 Lowell Jensen, may be continued to Friday, October 14, 2011, at 10:00 a.m. for a status hearing or

22 change of plea. The reason for the continuance is that the parties are continuing to review the

23
   voluminous discovery and discuss potential dispositions with the government. In addition, defense
24
   attorney John Jordan is not available on August 12, 2011, and would like to be present at the next
25
26 appearance.

*U S v. Nelson*, et al., CR 08-00477 DLJ
Stip. Continuing Status Hearing Date           - 1 -

1  The parties further stipulate that the time from August 12, 2011 to October 14, 2011, should be
2  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and
3  (B)(iv) for adequate preparation of counsel and continuity of counsel.

DATED:   August 9, 2011              /s/
                                     JOYCE LEAVITT
                                     Assistant Federal Public Defender
                                     Attorney for Defendant EDITH NELSON

DATED:   August 9, 2011              /s/
                                     GILBERT EISENBERG
                                     Attorney for Defendant
                                     RONALD NELSON

DATED:   August 9, 2011              /s/
                                     DEBORAH LEVINE
                                     Attorney for Defendant
                                     NELDA ASUNCION

DATED:   August 9, 2011              /s/
                                     JOHN JORDAN
                                     Attorney for Defendant
                                     CRISTETA LAGAREJOS

DATED:   August 9, 2011              /s/
                                     DEBORAH DOUGLAS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff UNITED STATES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*U S v. Nelson*, et al., CR 08-00477 DLJ
Stip. Continuing Status Hearing Date            - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing date in this case, currently scheduled for August 12, 2011, at 10:00 a.m. before the Honorable D. Lowell Jensen, may be continued to Friday, October 14, 2011, at 10:00 a.m. for a status hearing or change of plea.

IT IS FURTHER ORDERED that the time from August 12, 2011 to October 14, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: August 12, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Judge