1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Facsimile:  (415) 436-7234
       E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR 08-477-1 DLJ
13                                   )   No. CR 08-477-2 DLJ
          Plaintiff,                 )   No. CR 08-477-3 DLJ
14                                   )
             v.                      )   STIPULATION   AND   []
15                                   )   RESTITUTION ORDER FOR VICTIMIZED
   EDITH NELSON,                     )   FINANCIAL INSTITUTIONS
16 RONALD NELSON, and               )
   NELDA ASUNCION,                   )
17                                   )
          Defendants.                )
18 _____  )

19
20     Plaintiff United States of America, by and through its attorney of record, and defendants

21 Edith Nelson, Ronald Nelson, and Nelda Asuncion, by and through their respective attorneys of

22 record, hereby stipulate as follows:

23     1.     On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit

   Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using
24
   Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation
25
   of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).
26
   On that same date, February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit
27
   Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of
28
   26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

   *United States v. Edith Nelson et al.,*
   CR 08-477 DLJ

1   Also on February 3, 2012, defendant Nelda Asuncion pled guilty to Conspiracy to Commit Bank

2   Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; and Monetary Transactions Using

3   Criminally Derived Property, in violation of 18 U.S.C. § 1957(a).

4         2.      On May 10, 2012, this Court sentenced defendants Edith Nelson, Ronald Nelson ,

5   and Nelda Asuncion pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules

6   of Criminal Procedure.

7         A.      As part of their plea agreements, defendants Edith Nelson and Ronald Nelson agreed

8               to pay restitution in the total amount of $5,223,476.90 (plus interest and penalties on

9               the restitution owed for income tax evasion) as follows:

10              (1)     $3,384,368.54 for mortgage loan fraud;

11              (2)     $292,862 plus interest and penalties for income tax evasion; and

12              (3)     $1,546,246.40 for the back wages of employees and former employees, as

13                    determined by the U.S. Department of Labor.

14        B.      As part of her plea agreement, defendant Nelda Asuncion agreed to pay restitution

15              in the total amount of $2,838,868.54 for mortgage loan fraud.

16        3.      The agreed upon restitution involved victims which are financial institutions and

17  government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue

18  Service, as well as individual victims.  The government previously provided the defendants with

19  charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them.

20  The government represents that it has provided the addresses for payment of restitution to the U.S.

21  Office of Probation.

22        4.      At the sentencing proceeding, this Court granted the United States' request that the

23  respective judgments indicate that the individual victims have priority for payment of restitution

24  over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i).  This Court

25  directed that the parties submit stipulations and proposed orders setting forth the order of priority

26  for payment of restitution and the amount of restitution owed to each victim, as the parties had

27  agreed in entering into the respective plea agreements.  With respect to defendants Edith Nelson and

28  Ronald Nelson, this Court directed that stipulations and proposed orders for the payment of

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                2

1  restitution be submitted regarding: (1) individual victims of mortgage loan fraud; (2) forty-nine

2  individual victims who are owed back wages; (3) financial institutions who are victims of mortgage

3  loan fraud; and (4) Internal Revenue Service for payment of taxes owed.  With respect to defendant

4  Nelda Asuncion, this Court directed that stipulations and proposed orders for the payment of

5  restitution be submitted regarding: (1) individual victims of mortgage loan fraud; and (2) financial

6  institutions who are victims of mortgage loan fraud;

7       5.      The government and defendants Edith Nelson and Ronald Nelson agree that, if the

8  defendants make partial payments, the individual victims of mortgage loan fraud as well as the

9  individual victims who are owed back wages shall receive approximately proportional payments

10  until full restitution is paid to all of the individual victims.  After all of the individual victims are

11  paid restitution in full, the financial institutions who are victims of mortgage loan fraud shall receive

12  approximately proportional payments of restitution until full restitution is paid to those financial

13  institutions.  After all of the financial institution victims are paid restitution in full, the Federal

14  Deposit Insurance Corporation ("FDIC"), a quasi-governmental entity, shall receive all restitution

15  payments until the FDIC is paid in full.  After the FDIC is paid full restitution, the Internal Revenue

16  Service ("IRS") shall receive all remaining payments until full restitution is made to the IRS,

17  including interest and penalties on the taxes owed.

18       6.      The government and defendant Nelda Asuncion agree that, if the defendant makes

19  partial payments, the individual victims of mortgage loan fraud shall receive approximately

20  proportional payments until full restitution is paid to those victims.  After those individual victims

21  are paid restitution in full, defendant Nelda Asuncion's restitution payments shall be made to the

22  financial institutions in approximately proportional payments until full restitution is paid to those

23  financial institutions.

24       7.      The parties agree that defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion

25  shall pay, jointly and severally, restitution owed to the financial institutions listed below (including

26  the FDIC as Receiver for Washington Mutual Restitution Payments) in the specified amounts,

27  totaling 1,824,721.28, and that the addresses for payment of restitution are as follows:

28

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                                                3

| Item No. | Defendants (Jointly & Severally Liable) | Property | Loan # | Joint & Several Restitution | Name of Victim & Address for Payment of Restitution |
|---|---|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 130 El Cerro Court, Danville, CA | Countrywide Loan #125899432 & 125899440 | $248,145.39 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 2 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 121 Warwick Drive, Walnut Creek, CA | Countrywide Loan #111292837 & 111292845 | $246,610.36 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 3 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 4124 Forestview Avenue, Concord, CA | Countrywide Loan #101069226 & 101069234 | $122,563.24 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 4 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 2267 Shannon Lane, Walnut Creek, CA | Washington Mutual Loan #6508478 | $293,038.00 | FDIC as Receiver for Washington Mutual Restitution Payments, P.O. Box 971774, Dallas, TX 75397-1774 |
| 5 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 1213 St. Elizabeth Court, Concord, CA | Washington Mutual Loan # 0729406322 & 0729406421 | $637,493.27 | FDIC as Receiver for Washington Mutual Restitution Payments, P.O. Box 971774, Dallas, TX 75397-1774 |
| 6 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 1772 Geary Road, Walnut Creek, CA | (1) Fremont Investment & Loan #7000212506 (2) America's Servicing Loan #7000212743 | (1) $147,289.78 (Restitution re: Principal Loan) (2) $129,581.24 (Restitution re: Second Loan) | (1) Signature Group Holdings, 15303 Ventura Blvd, Suite 1600, Sherman Oaks, CA 91403 (2) Wells Fargo Mortgage, MAC# X2303-048, 1 Home Campus, 4th Floor, Des Moines, IA 50328 |
| | Total Restitution | | | $1,824,721.28 | |

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

4

1      8.      The restitution amounts owed by defendants Edith Nelson, Ronald Nelson, and Nelda

2   Asuncion to the individual victims of mortgage loan fraud are set forth in separate stipulations and

3   orders.

4

5   IT IS SO STIPULATED.

6
    Dated: June 20, 2012                                    Respectfully submitted,
7
                                                            MELINDA HAAG
8                                                           United States Attorney

9                                                           _____/s/_____
                                                            DEBORAH R. DOUGLAS
10                                                          Assistant United States Attorney

11
    Dated: June 20, 2012                                    _____/s/_____
12                                                          JOYCE LEAVITT
                                                            Assistant Federal Public Defender
13                                                          Attorney for Defendant Edith Nelson

14
    Dated: June 15, 2012                                    _____/s/_____
15                                                          GILBERT EISENBERG
                                                            Attorney for Defendant Ronald Nelson
16

17  Dated: June 19, 2012                                    _____/s/_____
                                                            DEBORAH G. LEVINE
18                                                          Attorney for Defendant Nelda Asuncion

19

20                                    ORDER

21      Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that

22  defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion shall pay, jointly and severally,

23  restitution owed to the financial institutions listed in the stipulation in the specified amounts, totaling

24  $1,824,721.28.

25

26  IT IS SO ORDERED.

27  Dated: June ___Ĝ__, 2012                               _____
                                                            HONORABLE D. LOWELL JENSEN
28                                                          SENIOR UNITED STATES DISTRICT JUDGE

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                                  5