1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: deborah.r.douglas@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12
    UNITED STATES OF AMERICA,          )    No. CR 08-477-1 DLJ
13                                      )    No. CR 08-477-2 DLJ
                   Plaintiff,           )    No. CR 08-477-4 DLJ
14                                      )
              v.                        )
15                                      )    STIPULATION   AND   []
    EDITH NELSON,                       )    RESTITUTION ORDER FOR VICTIMIZED
16  RONALD NELSON, and                  )    FINANCIAL INSTITUTIONS
    CRISTETA LAGAREJOS,                 )
17                                      )
                   Defendants.          )
18  _____)

19
20          Plaintiff United States of America, by and through its attorney of record, and defendants

21  Edith Nelson, Ronald Nelson, and Cristeta Lagarejos, by and through their respective attorneys of

22  record, hereby stipulate as follows:

23          1.     On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit

24  Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using

25  Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation

26  of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

27  On that same date, February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit

28  Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of

    26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

1  Also on February 3, 2012, defendant Cristeta Lagarejos pled guilty to Conspiracy to Commit Bank

2  Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; and Monetary Transactions Using

3  Criminally Derived Property, in violation of 18 U.S.C. § 1957(a).

4      2.    On May 10, 2012, this Court sentenced defendants Edith Nelson, Ronald Nelson ,

5  and Cristeta Lagarejos pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules

6  of Criminal Procedure.

7      A.    As part of their plea agreements, defendants Edith Nelson and Ronald Nelson agreed

8  to pay restitution in the total amount of $5,223,476.90 (plus interest and penalties on

9  the restitution owed for income tax evasion) as follows:

10      (1)    $3,384,368.54 for mortgage loan fraud;

11      (2)    $292,862 plus interest and penalties for income tax evasion; and

12      (3)    $1,546,246.40 for the back wages of employees and former employees, as

13  determined by the U.S. Department of Labor.

14      B.    As part of her plea agreement, defendant Cristeta Lagarejos agreed to pay restitution

15  in the total amount of $318,500 for mortgage loan fraud.

16      3.    The agreed upon restitution involved victims which are financial institutions and

17  government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue

18  Service, as well as individual victims.  The government previously provided the defendants with

19  charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them.

20  The government represents that it has provided the addresses for payment of restitution to the U.S.

21  Office of Probation.

22      4.    At the sentencing proceeding, this Court granted the United States' request that the

23  respective judgments indicate that the individual victims have priority for payment of restitution

24  over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i).  This Court

25  directed that the parties submit stipulations and proposed orders setting forth the order of priority

26  for payment of restitution and the amount of restitution owed to each victim, as the parties had

27  agreed in entering into the respective plea agreements.  With respect to defendants Edith Nelson and

28  Ronald Nelson, this Court directed that stipulations and proposed orders for the payment of

restitution be submitted regarding: (1) individual victims of mortgage loan fraud; (2) forty-nine individual victims who are owed back wages; (3) financial institutions who are victims of mortgage loan fraud; and (4) Internal Revenue Service for payment of taxes owed.  With respect to defendant Cristeta Lagarejos, this Court directed that a stipulation and proposed order for the payment of restitution to the financial institutions who are victims of mortgage loan fraud.

        5.      The government and defendants Edith Nelson and Ronald Nelson agree that, if the defendants make  partial payments, the individual victims of mortgage loan fraud as well as the individual victims who are owed back wages shall receive approximately proportional payments until full restitution is paid to all of the individual victims.  After all of the individual victims are paid restitution in full, the financial institutions who are victims of mortgage loan fraud shall receive approximately proportional payments of restitution until full restitution is paid to those financial institutions.  After all of the financial institution victims are paid restitution in full, the Federal Deposit Insurance Corporation ("FDIC"), a quasi-governmental entity, shall receive all restitution payments until the FDIC is paid in full.  After the FDIC is paid full restitution, the Internal Revenue Service ("IRS") shall receive all remaining payments until full restitution is made to the IRS, including interest and penalties on the taxes owed.

        6.      The government and defendant Cristeta Lagarejos agree that, if the defendant makes partial restitution payments, those payments shall be made to the financial institutions (to which she is jointly and severally liable with defendants Edith Nelson and Ronald Nelson) in approximately proportional payments until full restitution is paid to those financial institutions.

        7.      The parties agree that defendants Edith Nelson, Ronald Nelson, and Cristeta Lagarejos shall pay, jointly and severally, restitution owed to the financial institutions listed below in the specified amounts, totaling $318,500, and that the addresses for payment of restitution are as follows:

//

//

//

//

| Item No. | Defendants (Jointly & Severally Liable) | Property | Loan # | Joint & Several Restitution | Name of Victim & Address for Payment of Restitution |
|---|---|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Cristeta Lagarejos | 2852 Stratford Drive, San Ramon, CA | WMC #11181857 | $104,000 | Wells Fargo Mortgage, MAC# X2303-048, 1 Home Campus, 4th Floor, Des Moines, IA 50328 |
| 2 | Edith Nelson, Ronald Nelson, & Cristeta Lagarejos | 1785 Thornwood Drive, Concord, CA | PMC Bancorp Loan #770853051 | $214,500 | CitiMortgage, Inc. Fraud Prevention & Investigation, MS 367, 1000 Technology Drive, O'Fallon, MO 63368 |
| | Total Restitution | | | $318,500 | |

8.    The restitution amounts owed by defendants Edith Nelson and Ronald Nelson to other financial institutions and individual victims of mortgage loan fraud are set forth in separate stipulations and orders.

IT IS SO STIPULATED.

Dated: June 20, 2012                                    Respectfully submitted,

                                                       MELINDA HAAG
                                                       United States Attorney

                                                       _____/s/_____
                                                       DEBORAH R. DOUGLAS
                                                       Assistant United States Attorney

Dated: June 20, 2012                                   _____/s/_____
                                                       JOYCE LEAVITT
                                                       Assistant Federal Public Defender
                                                       Attorney for Defendant Edith Nelson

Dated: June 15, 2012                                   _____/s/_____
                                                       GILBERT EISENBERG
                                                       Attorney for Defendant Ronald Nelson

Dated: June 18, 2012                                   _____/s/_____
                                                       JOHN J. JORDAN
                                                       Attorney for Defendant Cristeta Lagarejos

1

## ORDER

2      Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that

3  defendants Edith Nelson, Ronald Nelson, and Cristeta Lagarejos shall pay, jointly and severally,

4  restitution owed to the financial institutions listed in the stipulation in the specified amounts, totaling

5  $318,500.

6

7  IT IS SO ORDERED.

8  Dated: June _6_, 2012

9                                   _____
                                    HONORABLE D. LOWELL JENSEN
                                    SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                        5