1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)        <mark>E-FILED 6/27/12</mark>
   Assistant United States Attorney

5
     450 Golden Gate Avenue
6    San Francisco, California 94102
     Telephone:  (415) 436-7200
7    Facsimile:  (415) 436-7234
     E-Mail: deborah.r.douglas@usdoj.gov

8
   Attorneys for Plaintiff

9
                      UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,       )   No. CR 08-477-1 DLJ
                                     )   No. CR 08-477-2 DLJ
                Plaintiff,           )
14                                   )   STIPULATION   AND   []
         v.                          )   RESTITUTION   ORDER   FOR   TAXES
15                                   )   OWED TO THE INTERNAL REVENUE
   EDITH NELSON, and                 )   SERVICE
16 | RONALD NELSON,                  )
                                     )
17              Defendants.          )
                                     )
18

19        Plaintiff United States of America, by and through its attorney of record, and defendants

20 Edith Nelson and Ronald Nelson, by and through their respective attorneys of record, hereby

21 stipulate as follows:

22        1.       On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit

23 Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using

24 Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation

25 of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

26 Also on February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit Bank

27 Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of 26

28 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

1    2.    On May 10, 2012, this Court sentenced defendants Edith Nelson and Ronald Nelson

2    pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules of Criminal

3    Procedure.  As part of their plea agreements, both defendants agreed to pay restitution in the total

4    amount of $5,223,476.90 (plus interest and penalties on the restitution owed for income tax evasion)

5    as follows:

6            A.    $3,384,368.54 for mortgage loan fraud;

7            B.    $292,862 plus interest and penalties for income tax evasion; and

8            C.    $1,546,246.40 for the back wages of employees and former employees, as

9                  determined by the U.S. Department of Labor.

10    3.    The agreed upon restitution involved victims which are financial institutions and

11    government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue

12    Service, as well as individual victims.  The government previously provided the defendants with

13    charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them.

14    The government represents that it has provided the addresses for payment of restitution to the U.S.

15    Office of Probation.

16    4.    At the sentencing proceeding, this Court granted the United States' request that the

17    respective judgments indicate that the individual victims have priority for payment of restitution

18    over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i).  This Court

19    directed that the parties submit stipulations and proposed orders setting forth the order of priority

20    for payment of restitution and the amount of restitution owed to each victim, as the parties had

21    agreed in entering into the respective plea agreements.  With respect to defendants Edith Nelson and

22    Ronald Nelson, this Court directed that separate stipulations and proposed orders be submitted as

23    follows: (1)  individual victims of mortgage loan fraud; (2) forty-nine individual victims who are

24    owed back wages; (3) financial institutions who are victims of mortgage loan fraud; and (4) Internal

25    Revenue Service for payment of taxes owed.

26    5.    The parties agree that, if the defendants make  partial payments, the individual

27    victims of mortgage loan fraud as well as the individual victims who are owed back wages shall

28    receive approximately proportional payments until full restitution is paid to all of the individual

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                                    2

1   victims.  After all of the individual victims are paid restitution in full, the financial institutions who

2   are victims of mortgage loan fraud shall receive approximately proportional payments of restitution

3   until full restitution is paid to those financial institutions.  After all of the financial institution victims

4   are paid restitution in full, the Federal Deposit Insurance Corporation ("FDIC"), a quasi-

5   governmental entity, shall receive all restitution payments until the FDIC is paid in full.  After the

6   FDIC is paid full restitution, the Internal Revenue Service ("IRS") shall receive all remaining

7   payments until full restitution is made to the IRS, including interest and penalties on the taxes owed.

8           6.        The parties agree that defendants Edith Nelson and Ronald Nelson shall pay,

9   jointly and severally, taxes owed in the amount of $292,862 (plus interest and penalties) to the

10  Internal Revenue Service, and that the address for payment of restitution is as follows:

11          Internal Revenue Service - RACS
            Attn: Mail Stop 6261
12          Restitution
            333 West Pershing Avenue
13          Kansas City, Missouri 64108

14
    IT IS SO STIPULATED.
15

16  Dated: June 20, 2012                          Respectfully submitted,

17                                                MELINDA HAAG
                                                  United States Attorney
18
                                                  _____/s/_____
19                                                DEBORAH R. DOUGLAS
                                                  Assistant United States Attorney
20

21  Dated: June 20, 2012                          _____/s/_____
                                                  JOYCE LEAVITT
22                                                Assistant Federal Public Defender
                                                  Attorney for Defendant Edith Nelson
23

24  Dated: June 15, 2012                          _____/s/_____
                                                  GILBERT EISENBERG
25                                                Attorney for Defendant Ronald Nelson

26

27

28

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                          3

1

ORDER

2        Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that

3   defendants Edith Nelson and Ronald Nelson shall pay, jointly and severally, restitution for taxes

4   owed in the amount of $292,862 (plus interest and penalties) to the Internal Revenue Service.

5

IT IS SO ORDERED.

6   Dated: June _____, 2012

7   _____
    HONORABLE D. LOWELL JENSEN
    SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                    4