MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-477-1 DLJ |
| --- | --- | --- |
| Plaintiff, | ) | No. CR 08-477-2 DLJ |
| v. | ) | STIPULATION AND [RESTITUTION ORDER FOR PAYMENT OF BACK WAGES TO FORTY-NINE INDIVIDUALS |
| EDITH NELSON, and RONALD NELSON, | ) | |
| Defendants. | ) | |

     Plaintiff United States of America, by and through its attorney of record, and defendants Edith Nelson and Ronald Nelson, by and through their respective attorneys of record, hereby stipulate as follows:

     1.     On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii). Also on February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

2. On May 10, 2012, this Court sentenced defendants Edith Nelson and Ronald Nelson pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. As part of their plea agreements, both defendants agreed to pay restitution in the total amount of $5,223,476.90 (plus interest and penalties on the restitution owed for income tax evasion) as follows:

> A. $3,384,368.54 for mortgage loan fraud;
>
> B. $292,862 plus interest and penalties for income tax evasion; and
>
> C. $1,546,246.40 for the back wages of employees and former employees, as determined by the U.S. Department of Labor.

3. The agreed upon restitution involved victims which are financial institutions and government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue Service, as well as individual victims. The government previously provided the defendants with charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them. The government represents that it has provided the addresses for payment of restitution to the U.S. Office of Probation.

4. At the sentencing proceeding, this Court granted the United States' request that the respective judgments indicate that the individual victims have priority for payment of restitution over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i). This Court directed that the parties submit stipulations and proposed orders setting forth the order of priority for payment of restitution and the amount of restitution owed to each victim, as the parties had agreed in entering into the respective plea agreements. With respect to defendants Edith Nelson and Ronald Nelson, this Court directed that four separate stipulations and proposed orders be submitted as follows: (1) individual victims of mortgage loan fraud; (2) forty-nine individual victims who are owed back wages; (3) financial institutions who are victims of mortgage loan fraud; and (4) Internal Revenue Service for payment of taxes owed.

5. The parties agree that, if the defendants make partial payments, the individual victims of mortgage loan fraud as well as the individual victims who are owed back wages shall receive approximately proportional payments until full restitution is paid to all of the individual

victims. After all of the individual victims are paid restitution in full, the financial institutions who are victims of mortgage loan fraud shall receive approximately proportional payments of restitution until full restitution is paid to those financial institutions. After all of the financial institution victims are paid restitution in full, the Federal Deposit Insurance Corporation ("FDIC"), a quasi-governmental entity, shall receive all restitution payments until the FDIC is paid in full. After the FDIC is paid full restitution, the Internal Revenue Service ("IRS") shall receive all remaining payments until full restitution is made to the IRS, including interest and penalties on the taxes owed.

6. The parties agree that defendants Edith Nelson and Ronald Nelson shall pay, jointly and severally, restitution in back wages owed to forty-nine individual victims listed in the chart below in the specified amounts, totally $1,546,246.40.

| Item No. | Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Name of Victims |
|---|---|---|---|
| 1 | Edith Nelson & Ronald Nelson | $ 3,534.67 | Mark Aguilar |
| 2 | Edith Nelson & Ronald Nelson | $ 42.00 | Patricia Aguon |
| 3 | Edith Nelson & Ronald Nelson | $ 259.72 | Jaime Alvarado |
| 4 | Edith Nelson & Ronald Nelson | $ 506.53 | Francisco J. Alvarez |
| 5 | Edith Nelson & Ronald Nelson | $ 155.56 | Patricia Argueta |
| 6 | Edith Nelson & Ronald Nelson | $ 43,011.60 | Arturo Bariuad |
| 7 | Edith Nelson & Ronald Nelson | $ 1,412.08 | Mary R. Bautista |
| 8 | Edith Nelson & Ronald Nelson | $ 4,742.00 | Rosebella Bort |
| 9 | Edith Nelson & Ronald Nelson | $ 25,083.81 | Lee Cabatingan |
| 10 | Edith Nelson & Ronald Nelson | $132,811.77 | Lorenzo Cannu |
| 11 | Edith Nelson & Ronald Nelson | $ 8,783.60 | Elenita Capito |
| 12 | Edith Nelson & Ronald Nelson | $ 208.33 | Porsche Collins |

| | | | |
|---|---|---|---|
| 13 | Edith Nelson & Ronald Nelson | $ 88,016.32 | Ariel Diaz |
| 14 | Edith Nelson & Ronald Nelson | $    400.00 | Francisco Dimatulac |
| 15 | Edith Nelson & Ronald Nelson | $    400.00 | Josephina Dimatulac |
| 16 | Edith Nelson & Ronald Nelson | $  2,479.87 | Carlos Dowai |
| 17 | Edith Nelson & Ronald Nelson | $    583.33 | John Dowai |
| 18 | Edith Nelson & Ronald Nelson | $  5,412.75 | Rosita Dowai |
| 19 | Edith Nelson & Ronald Nelson | $    140.00 | Taitano Esperanza |
| 20 | Edith Nelson & Ronald Nelson | $    156.00 | Carmelita Flores |
| 21 | Edith Nelson & Ronald Nelson | $  1,659.72 | Adlai Grutas |
| 22 | Edith Nelson & Ronald Nelson | $  1,659.72 | Jay Grutas |
| 23 | Edith Nelson & Ronald Nelson | $  3,223.12 | Katherine Grutas |
| 24 | Edith Nelson & Ronald Nelson | $177,345.85 | Jeanette Guillamun |
| 25 | Edith Nelson & Ronald Nelson | $  4,512.57 | Norma Igualdo |
| 26 | Edith Nelson & Ronald Nelson | $214,906.45 | Susan Ilagan |
| 27 | Edith Nelson & Ronald Nelson | $ 76,700.02 | Maria Lejano |
| 28 | Edith Nelson & Ronald Nelson | $  3,461.19 | Delia Macaraeg |
| 29 | Edith Nelson & Ronald Nelson | $133,734.00 | Anita Maranan |
| 30 | Edith Nelson & Ronald Nelson | $    223.20 | Maggie Matagolai |
| 31 | Edith Nelson & Ronald Nelson | $    233.75 | Maria Mendoza |
| 32 | Edith Nelson & Ronald Nelson | $    126.00 | Ednalin Naldo |

| | | | |
|---|---|---|---|
| 33 | Edith Nelson & Ronald Nelson | $ 276.00 | Bernard Neth |
| 34 | Edith Nelson & Ronald Nelson | $ 785.69 | Lucia Ngitong |
| 35 | Edith Nelson & Ronald Nelson | $ 444.44 | Andrew Parabok |
| 36 | Edith Nelson & Ronald Nelson | $ 1,730.00 | Jose Razana |
| 37 | Edith Nelson & Ronald Nelson | $ 79.20 | Elaine Rios |
| 38 | Edith Nelson & Ronald Nelson | $ 1,321.20 | Vincent E. Rios |
| 39 | Edith Nelson & Ronald Nelson | $139,685.54 | Maria Rubio |
| 40 | Edith Nelson & Ronald Nelson | $147,066.00 | Marife Caro Perez (formerly Marife Rubio) |
| 41 | Edith Nelson & Ronald Nelson | $218,329.54 | Rogelio Rubio |
| 42 | Edith Nelson & Ronald Nelson | $ 675.40 | Ismael Sagge |
| 43 | Edith Nelson & Ronald Nelson | $ 601.18 | Steve Salazar |
| 44 | Edith Nelson & Ronald Nelson | $ 856.25 | Ronda Sugar |
| 45 | Edith Nelson & Ronald Nelson | $ 2,515.75 | Merly Taberna |
| 46 | Edith Nelson & Ronald Nelson | $ 643.72 | Vincent Taisacan |
| 47 | Edith Nelson & Ronald Nelson | $ 223.94 | Juanita Tanafranca |
| 48 | Edith Nelson & Ronald Nelson | $ 93,101.11 | Felicette Ugot |
| 49 | Edith Nelson & Ronald Nelson | $ 1,985.99 | Danilo Yu |
| | **Total Restitution** | $1,546,246.40 | |

IT IS SO STIPULATED.

Dated: June 20, 2012                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                                  _____/s/_____
                                                  DEBORAH R. DOUGLAS
                                                  Assistant United States Attorney

Dated: June 20, 2012                              _____/s/_____
                                                  JOYCE LEAVITT
                                                  Assistant Federal Public Defender
                                                  Attorney for Defendant Edith Nelson

Dated: June 15, 2012                              _____/s/_____
                                                  GILBERT EISENBERG
                                                  Attorney for Defendant Ronald Nelson

<u>ORDER</u>

Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that defendants Edith Nelson and Ronald Nelson shall pay, jointly and severally, restitution owed in back wages to the individuals listed in the stipulation in the specified amounts, totaling $1,546,246.40.

IT IS FURTHER ORDERED that the Clerk's Office shall not disclose the addresses of the individuals victims to the defendants or the public.

IT IS SO ORDERED.

Dated: June ___, 2012                             _____
                                                  HONORABLE D. LOWELL JENSEN
                                                  SENIOR UNITED STATES DISTRICT JUDGE