1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division                    E-FILED ON 3/21/13

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Facsimile:  (415) 436-7234
      E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )    No. CR 08-477-1 DLJ
13                                   )    No. CR 08-477-2 DLJ
              Plaintiff,             )    No. CR 08-477-3 DLJ
14                                   )    No. CR 08-477-4 DLJ
              v.                     )
15                                   )    **AMENDED** STIPULATION AND ORDER
   EDITH NELSON,                     )    REGARDING THE ORDER OF PRIORITY
16 RONALD NELSON,                    )    FOR  RESTITUTION PAYMENTS
   NELDA ASUNCION, and              )
17 CRISTETA LAGAREJOS,               )
                                     )
18            Defendants.            )
   _____)
19

20        Plaintiff United States of America, by and through its attorney of record, and defendants

21 Edith Nelson, Ronald Nelson, Nelda Asuncion, and Cristeta Lagarejos, by and through their

22 attorneys of record, hereby stipulate, as applicable to their respective client, that the attached

23 proposed order correctly sets forth  the parties' agreements and stipulations regarding the restitution

24 amounts that the defendants owe jointly and severally, the victims who should be paid restitution,

25 and the order of priority for payment of the restitution.

26 //

27 //

28 //

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

1    IT IS SO STIPULATED.

2

3    Dated: July 18, 2012                    Respectfully submitted,

4                                            MELINDA HAAG
                                             United States Attorney
5
                                             _____/s/_____
6                                            DEBORAH R. DOUGLAS
                                             Assistant United States Attorney
7

8    Dated: July 18, 2012                    _____/s/_____
                                             JOYCE LEAVITT
9                                            Assistant Federal Public Defender
                                             Attorney for Defendant Edith Nelson
10

11   Dated: July 18, 2012                    _____/s/_____
                                             GILBERT EISENBERG
12                                           Attorney for Defendant Ronald Nelson

13
     Dated: July 18, 2012                    _____/s/_____
14                                           DEBORAH G. LEVINE
                                             Attorney for Defendant Nelda Asuncion
15

16   Dated: July 18, 2012                    _____/s/_____
                                             JOHN J. JORDAN
17                                           Attorney for Defendant Cristeta Lajarejos

18

19

20

21

22

23

24

25

26

27

28

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ                                  2

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Facsimile:  (415) 436-7234
        E-Mail: deborah.r.douglas@usdoj.gov
8
    Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
    UNITED STATES OF AMERICA,        )    No. CR 08-477-1 DLJ
13                                    )    No. CR 08-477-2 DLJ
              Plaintiff,              )    No. CR 08-477-3 DLJ
14                                    )    No. CR 08-477-4 DLJ
              v.                      )
15                                    )    **AMENDED** ORDER FOR PRIORITY OF
    EDITH NELSON,                     )    RESTITUTION PAYMENTS
16  RONALD NELSON,                    )
    NELDA ASUNCION, and               )
17  CRISTETA LAGAREJOS,               )
                                      )
18            Defendants.             )
    _____ )
19

20          On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit Bank

21  Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using Criminally

22  Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation of 26

23  U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).  On

24  that same date, February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit

25  Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of

26  26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

27  Also on February 3, 2012, defendants Nelda Asuncion and Cristeta Lagarejos pled guilty to

28

1   Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349, and Monetary

2   Transactions Using Criminally Derived Property, in violation of 18 U.S.C. § 1957(a).

3        On May 10, 2012, this Court sentenced all four defendants pursuant to their plea agreements

4   under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.  The agreed upon restitution

5   involved victims which are financial institutions and government entities, such as the Federal

6   Deposit Insurance Corporation and the Internal Revenue Service, as well as individual victims.  This

7   Court granted the United States' request that the respective judgments indicate that the individual

8   victims have priority for payment of restitution over the lending institutions and government entities

9   pursuant to 18 U.S.C. § 3664(i).  This Court directed that the parties submit stipulations and

10   proposed orders setting forth the order of priority for payment of restitution and the amount of

11   restitution owed to each victim.

12        Based upon the parties' stipulations and plea agreements, IT IS HEREBY ORDERED that

13   the restitution owed by the defendants (jointly and severally), the victims who shall be paid

14   restitution, and the order of priority for payment of restitution shall be as follows:

15   **A.**    **TOTAL RESTITUTION**

16   1.    Defendants Edith Nelson and Ronald Nelson shall pay restitution in the total amount

17       of $5,223,476.90 (plus interest and penalties on the restitution owed for income tax

18       evasion) as follows:

19       (a)    $3,384,368.5**0** for mortgage loan fraud;

20       (b)    $292,862 plus interest and penalties for income tax evasion; and

21       (c)    $1,546,246.40 for the back wages of employees and former employees, as

22       determined by the U.S. Department of Labor and agreed to by the parties.

23   2.    Defendant Nelda Asuncion shall pay restitution in the total amount of $2,838,868.5**0**

24       for mortgage loan fraud.

25   3.    Defendant Cristeta Lagarejos shall pay restitution in the total amount of $318,500

26       for mortgage loan fraud.

1

**B.      PRIORITY FOR RESTITUTION PAYMENTS**

2

1.    <u>Defendants Edith Nelson and Ronald Nelson</u>

3

If defendants Edith Nelson and Ronald Nelson make partial restitution payments, the

4 individual victims of mortgage loan fraud as well as the individual victims who are owed back

5 wages shall receive approximately proportional payments until full restitution is paid to all of the

6 individual victims.  After all of the individual victims are paid restitution in full, the financial

7 institutions who are victims of mortgage loan fraud shall receive approximately proportional

8 payments of restitution until full restitution is paid to those financial institutions.  After all of the

9 financial institution victims are paid restitution in full, the Federal Deposit Insurance Corporation

10 ("FDIC"), a quasi-governmental entity, shall receive all restitution payments until the FDIC is paid

11 in full.  After the FDIC is paid full restitution, the Internal Revenue Service ("IRS") shall receive

12 all remaining payments until full restitution is made to the IRS, including interest and penalties on

13 the taxes owed.

14

2.    <u>Defendant Nelda Asuncion</u>

15

If defendant Nelda Asuncion makes partial restitution payments, the individual

16 victims of mortgage loan fraud (to whom she is jointly and severally liable with defendants Edith

17 Nelson and Ronald Nelson for payment of restitution) shall receive approximately proportional

18 payments until full restitution is paid to those victims.  After those individual victims are paid

19 restitution in full, defendant Nelda Asuncion's restitution payments shall be made to the financial

20 institutions (to which she is jointly and severally liable with defendants Edith Nelson and Ronald

21 Nelson) in approximately proportional payments until full restitution is paid to those financial

22 institutions.

23

3.    <u>Defendant Cristeta Lagarejos</u>

24

If defendant Cristeta Lagarejos makes partial restitution payments, those payments

25 shall be made to the financial institutions (to which she is jointly and severally liable with

26 defendants Edith Nelson and Ronald Nelson) in approximately proportional payments until full

27 restitution is paid to those financial institutions.

28

C.      **RESTITUTION OWED JOINTLY AND SEVERALLY**

1.      <u>First Priority for Restitution Payments to Individual Victims</u>

The individual victims of mortgage loan fraud and the individual victims who are owed back wages shall receive approximately proportional payments until full restitution is paid to all fifty-five individual victims listed below:

a.      <u>Individual Victims of Mortgage Loan Fraud</u>

| Item No. | Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Name of Victims |
|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $ 581,888.70 | Robert Cueva |
| 2 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $  32,258.56 | Cynthia Dinglasan and Redentor Dinglasan |
| 3 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $ 400,000.00 | Alicia Ferrer |
| 4 | Edith Nelson & Ronald Nelson | $ 227,000 | Dennis Duncan and Shawna Duncan |
| | **Total Restitution** | $1,241,147.26 | |

b.      <u>Individual Victims Owed Back Wages</u>

| Item No. | Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Name of Victims |
|---|---|---|---|
| 1 | Edith Nelson & Ronald Nelson | $   3,534.67 | Mark Aguilar |
| 2 | Edith Nelson & Ronald Nelson | $       42.00 | Patricia Aguon |
| 3 | Edith Nelson & Ronald Nelson | $     259.72 | Jaime Alvarado |
| 4 | Edith Nelson & Ronald Nelson | $     506.53 | Francisco J. Alvarez |
| 5 | Edith Nelson & Ronald Nelson | $     155.56 | Patricia Argueta |
| 6 | Edith Nelson & Ronald Nelson | $ 43,011.60 | Arturo Bariuad |
| 7 | Edith Nelson & Ronald Nelson | $   1,412.08 | Mary R. Bautista |
| 8 | Edith Nelson & Ronald Nelson | $   4,742.00 | Rosebella Bort |

| 9 | Edith Nelson & Ronald Nelson | $ 25,083.81 | Lee Cabatingan |
|---|---|---|---|
| 10 | Edith Nelson & Ronald Nelson | $132,811.77 | Lorenzo Cannu |
| 11 | Edith Nelson & Ronald Nelson | $ 8,783.60 | Elenita Capito |
| 12 | Edith Nelson & Ronald Nelson | $ 208.33 | Porsche Collins |
| 13 | Edith Nelson & Ronald Nelson | $ 88,016.32 | Ariel Diaz |
| 14 | Edith Nelson & Ronald Nelson | $ 400.00 | Francisco Dimatulac |
| 15 | Edith Nelson & Ronald Nelson | $ 400.00 | Josephina Dimatulac |
| 16 | Edith Nelson & Ronald Nelson | $ 2,479.87 | Carlos Dowai |
| 17 | Edith Nelson & Ronald Nelson | $ 583.33 | John Dowai |
| 18 | Edith Nelson & Ronald Nelson | $ 5,412.75 | Rosita Dowai |
| 19 | Edith Nelson & Ronald Nelson | $ **139.96** | Taitano Esperanza |
| 20 | Edith Nelson & Ronald Nelson | $ 156.00 | Carmelita Flores |
| 21 | Edith Nelson & Ronald Nelson | $ 1,659.72 | Adlai Grutas |
| 22 | Edith Nelson & Ronald Nelson | $ 1,659.72 | Jay Grutas |
| 23 | Edith Nelson & Ronald Nelson | $ 3,223.12 | Katherine Grutas |
| 24 | Edith Nelson & Ronald Nelson | $177,345.85 | Jeanette Guillamun |
| 25 | Edith Nelson & Ronald Nelson | $ 4,512.57 | Norma Igualdo |
| 26 | Edith Nelson & Ronald Nelson | $214,906.45 | Susan Ilagan |
| 27 | Edith Nelson & Ronald Nelson | $ 76,700.02 | Maria Lejano |
| 28 | Edith Nelson & Ronald Nelson | $ 3,461.19 | Delia Macaraeg |

| 29 | Edith Nelson & Ronald Nelson | $133,734.00 | Anita Maranan |
|---|---|---|---|
| 30 | Edith Nelson & Ronald Nelson | $    223.20 | Maggie Matagolai |
| 31 | Edith Nelson & Ronald Nelson | $    233.75 | Maria Mendoza |
| 32 | Edith Nelson & Ronald Nelson | $    126.00 | Ednalin Naldo |
| 33 | Edith Nelson & Ronald Nelson | $    276.00 | Bernard Neth |
| 34 | Edith Nelson & Ronald Nelson | $    785.69 | Lucia Ngitong |
| 35 | Edith Nelson & Ronald Nelson | $    444.44 | Andrew Parabok |
| 36 | Edith Nelson & Ronald Nelson | $  1,**729.96** | Jose Razana |
| 37 | Edith Nelson & Ronald Nelson | $     79.20 | Elaine Rios |
| 38 | Edith Nelson & Ronald Nelson | $  1,321.20 | Vincent E. Rios |
| 39 | Edith Nelson & Ronald Nelson | $139,685.54 | Maria Rubio |
| 40 | Edith Nelson & Ronald Nelson | $147,066.00 | Marife Caro Perez (formerly Marife Rubio) |
| 41 | Edith Nelson & Ronald Nelson | $218,329.54 | Rogelio Rubio |
| 42 | Edith Nelson & Ronald Nelson | $    675.40 | Ismael Sagge |
| 43 | Edith Nelson & Ronald Nelson | $    601.18 | Steve Salazar |
| 44 | Edith Nelson & Ronald Nelson | $    856.25 | Ronda Sugar |
| 45 | Edith Nelson & Ronald Nelson | $  2,515.75 | Merly Taberna |
| 46 | Edith Nelson & Ronald Nelson | $    643.72 | Vincent Taisacan |
| 47 | Edith Nelson & Ronald Nelson | $    223.94 | Juanita Tanafranca |
| 48 | Edith Nelson & Ronald Nelson | $  93,101.11 | Felicette Ugot |

| 49 | Edith Nelson & Ronald Nelson | $   1,985.99 | Danilo Yu |
|---|---|---|---|
| | **Total Restitution** | $1,546,246.40 | |

## 2. Second Priority for Restitution Payments to Financial Institutions

| Item No. | Defendants (Jointly & Severally Liable) | Property | Loan # | Joint & Several Restitution | Name of Victim & Address for Payment of Restitution |
|---|---|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 130 El Cerro Court, Danville, CA | Countrywide Loan #125899432 & 125899440 | $248,145.39 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 2 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 121 Warwick Drive, Walnut Creek, CA | Countrywide Loan #111292837 & 111292845 | $246,610.36 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 3 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 4124 Forestview Avenue, Concord, CA | Countrywide Loan #101069226 & 101069234 | $122,563.24 | Bank of America, N.A. - Payment Processing, Mail Stop: CA9-705-09-31, 1000 W. Temple Street, Los Angeles, CA 90012 B of A GCS-IS-MLI CSM Case # FACTS 07-50561 |
| 4 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 1772 Geary Road, Walnut Creek, CA | (1) Fremont Investment & Loan #7000212506  (2) America's Servicing Loan #7000212743 | (1) $147,289.78 (Restitution re: Principal Loan)  (2) $129,581.24 (Restitution re: Second Loan) | (1) Signature Group Holdings, 15303 Ventura Blvd, Suite 1600, Sherman Oaks, CA 91403  (2) Wells Fargo Mortgage, MAC# X2303-048, 1 Home Campus, 4th Floor, Des Moines, IA 50328 |
| 5 | Edith Nelson, Ronald Nelson, & Cristeta Lagarejos | 2852 Stratford Drive, San Ramon, CA | WMC #11181857 | $104,000 | Wells Fargo Mortgage, MAC# X2303-048, 1 Home Campus, 4th Floor, Des Moines, IA 50328 |
| 6 | Edith Nelson, Ronald | 1785 Thornwood | PMC Bancorp | $214,500 | CitiMortgage, Inc. Fraud Prevention & |

| | | | | |
|---|---|---|---|---|
| Nelson, & Cristeta Lagarejos | Drive, Concord, CA | Loan #770853051 | | Investigation, MS 367, 1000 Technology Drive, O'Fallon, MO 63368 |
| **Total Restitution** | | | $1,212,690.**01** | |

3.    Third Priority for Restitution Payments to the FDIC

| Item No. | Defendants (Jointly & Severally Liable) | Property | Loan # | Joint & Several Restitution | Name of Victim & Address for Payment of Restitution |
|---|---|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 2267 Shannon Lane, Walnut Creek, CA | Washington Mutual Loan #6508478 | $293,038.00 | FDIC as Receiver for Washington Mutual Restitution Payments, P.O. Box 971774, Dallas, TX 75397-1774 |
| 2 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | 1213 St. Elizabeth Court, Concord, CA | Washington Mutual Loan # 0729406322 & 0729406421 | $637,493.2**3** | FDIC as Receiver for Washington Mutual Restitution Payments, P.O. Box 971774, Dallas, TX 75397-1774 |
| | **Total Restitution** | | | $930,531.2**3** | |

4.    Last Priority for Restitution Payments to the Internal Revenue Service

| Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Address for Payment of Restitution |
|---|---|---|
| Edith Nelson & Ronald Nelson | $292,862 plus interest and penalties | Internal Revenue Service -RACS Attn: Mail Stop 6261 Restitution 333 West Pershing Avenue Kansas City, Missouri 64108 |

IT IS SO ORDERED.

Dated: July ____, 2012

Ùa̋}^ḁ̊ˇ}&̥¦[̥ˇ}&Á̵̵ÐJÐH

_____
HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE